IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BAYARD DEVELL DAVIS,** | Case No. 2:22-cv-2054 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **LYNCH, et al.,** | |
| Defendants. | |

After reviewing Defendant's Request to Opt Out of Court's Post Screening ADR Project and Request for Responsive Pleading Deadline, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 22) is GRANTED;

2. The ADR stay of this action (ECF No. 20) is LIFTED; and

3. Defendant is ordered to file a responsive pleading within thirty (30) days of the issuance of this order.

DATED: March 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-02054 AC)