1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARD DEVELL DAVIS, | No. 2:22-cv-2054 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for summary judgment. ECF No. 26. However, the motion seeks summary judgment against defendant Lynch (id. at 1-2), who has been dismissed from this action (ECF Nos. 14, 15). Moreover, the motion makes only a conclusory assertion that plaintiff is entitled to summary judgment, and the purported statement of facts is little more than a list of the attached exhibits and a description of each exhibit and how it was obtained by plaintiff. ECF No. 26. A statement of facts in support of summary judgment must "enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact." L.R. 260(a). The motion for summary judgment will therefore be denied without prejudice to a motion that seeks summary judgment against defendant Ma, who is the only remaining defendant in this action, and that is in the proper form.

1

Plaintiff is advised that if he chooses to file another motion for summary judgment, it must include the reasons why he believes that he is entitled to summary judgment against defendant Ma and be supported by a statement of facts that identifies each fact he is relying on to show that Ma was deliberately indifferent to his serious medical need.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 26) is DENIED without prejudice to a motion that seeks relief against the proper defendant and that is in the proper form.

DATED: April 22, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE