UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARD DEVELL DAVIS, | No. 2:22-cv-2054 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a document styled as a motion for initial disclosure. ECF No. 33. However, plaintiff does not appear to actually seek initial disclosures from defendant and instead appears to be disclosing documents he believes support his claims. Id. Plaintiff is advised that any discovery responses or disclosures should be sent to defendant's counsel and not filed with the court. To the extent plaintiff is in fact attempting to compel initial disclosures from defendant, the motion will be denied because this action is exempt from initial disclosures. See Fed. R. Civ. P. 26(a)(1)(B)(iv) (exempting actions brought by pro se prisoners from initial disclosure requirements).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for initial disclosures (ECF No. 33) is DENIED.

DATED: July 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1