UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARD DEVELL DAVIS, | No. 2:22-cv-2054 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Defendant has filed a second motion for an extension of time to take plaintiff's deposition and file dispositive motions. ECF No. 35. Defendant was previously granted a sixty-day extension of the deadlines based on plaintiff's inability to be deposed and imminent transfer (ECF Nos. 28, 29) and now seeks a further, ninety-day extension (ECF No. 35).

Plaintiff's deposition was scheduled for September 17, 2024, but was cancelled after defense counsel was notified that plaintiff was transferred to the San Joaquin County Jail for court proceedings and that he will remain there until the proceedings conclude. ECF No. 35 at 1. There is no estimate on when plaintiff will return to CSP-Sacramento, and defense counsel is unable to coordinate with jail officials to schedule plaintiff's deposition prior to the current discovery deadline. Id. at 3. Good cause appearing, the motion for an extension of time will be granted. However, defendant is cautioned that the court will not continue to extend the deadlines in this case based solely on the desire to defer plaintiff's deposition until he is returned to CSP-

Sacramento.  While further extensions may be warranted if plaintiff experiences additional custody moves or other circumstances arise that interfere with defendant's ability to depose plaintiff, the fact that it is more difficult to arrange a deposition at a non-CDCR facility, by itself, is not sufficient grounds to justify essentially putting this case on hold until plaintiff is returned to CDCR custody.

        Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 35) is GRANTED;
2. The deadline to complete discovery is extended to **January 6, 2025**; and
3. The deadline for any party to file a dispositive motion is extended to **March 31, 2025**.

DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2