1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   BAYARD DEVELL DAVIS,                        No.  2:22-cv-2054 AC P

11              Plaintiff,

12       v.                                      ORDER

13   JEFF LYNCH, et al.,

14              Defendants.

15

16          By order filed January 21, 2025, the undersigned vacated the deadline for the completion

17   of discovery and filing of dispositive motions pending the outcome of plaintiff's competency

18   proceedings in a state court criminal matter.  ECF No. 38.  Defendants have now notified the

19   court that plaintiff has been deemed competent to stand trial in his criminal case.  ECF No. 39.

20   The deadlines will therefore be re-set.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The deadline to complete discovery is April 29, 2025, including the deadline to file

23   any motions to compel; and

24          2.  Dispositive motions are due by June 27, 2025.

25   DATED: February 26, 2025

26

27   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

28

                                                1