UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARD DEVELL DAVIS, | No. 2:22-cv-2054 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Defendant has filed a notice stating that the motion for summary judgment was re-served on plaintiff on September 29, 2025, after counsel was contacted by plaintiff who stated that he had not received the motion, which was originally served on September 2, 2025. ECF No. 49. Good cause appearing, plaintiff's deadline to respond to the motion for summary judgment will be extended.

Additionally, it appears from the file that at least one party has not returned the form to consent or decline magistrate judge jurisdiction. Any party who has not yet returned the completed form shall do so within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until October 23, 2025, to respond to defendant's motion for summary judgment; and

2. The Clerk of the Court is directed to serve the parties with the form to consent or

1

decline magistrate judge jurisdiction, and any party who has not already completed and returned the form shall do so within thirty days.

DATED: September 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE