UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARD DEVELL DAVIS, | No. 2:22-cv-2054 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2025, defendant filed a motion for summary judgment. ECF No. 46. Plaintiff has now filed a motion for oral argument (ECF No. 52), but he has not yet filed a response to the motion for summary judgment. The current deadline to respond is October 23, 2025. ECF No. 50. Oral argument is not a substitute for a written opposition, and the court will not consider whether to have oral argument on the motion for summary judgment until plaintiff has filed a response. Once the motion is fully briefed, the court will schedule oral argument if it deems it necessary.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for oral argument (ECF No. 52) is DENIED.

DATED: October 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE