IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BAYARD DEVELL DAVID,** | Case No. 2:22-cv-2054 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **LYNCH, et al.,** | |
| Defendants. | |

The Court has received Defendant's *Ex Parte* Application to Extend the Time to File a Reply in Support of Defendant's Motion for Summary Judgment. Having considered the Application, and good cause appearing therefore, the Court rules as follows:

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Application (ECF No. 60) is hereby GRANTED;

2. Defendant shall have until November 18, 2025, to file any reply in support of Defendant's Motion for Summary Judgment.

DATED: November 4, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-2054 AC)